IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO,
next friend, Dan Lucero,

       Plaintiff,

v.                                                    No. 2:19-cv-00445-MV-KRS

CITY OF CLOVIS POLICE DEPARTMENT;
BRENT AGUILAR; TRAVIS LOOMIS; and
DOUGLAS FORD,

       Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on July 10, 2019 the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 9), and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE