**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHRISTINE LUCERO,
next friend, Dan Lucero,

       Plaintiff,

v.                                        No. 2:19-cv-00445-MV-KRS

CITY OF CLOVIS POLICE DEPARTMENT;
BRENT AGUILAR; TRAVIS LOOMIS; and
DOUGLAS FORD,

       Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on July 10, 2019. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan.

**IT IS, THEREFORE, ORDERED** that the parties shall follow the following discovery plan:

(a) Maximum of twenty-five interrogatories per party to the other party with responses due thirty days after service.

(b) Maximum of twenty-five requests for admission per party to the other party with responses due thirty days after service.

(c) Maximum of fifteen depositions per side. Depositions shall not exceed four (4) hours unless extended by the parties or they involve experts or parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Plaintiff's deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: **August 23, 2019**;

(b) Defendants' deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: **September 23, 2019**;

(c) Plaintiff's expert-disclosure deadline: **September 6, 2019**;

(d) Defendants' expert-disclosure: **October 7, 2019**;

(e) Deadline for supplementing discovery/disclosures: **thirty days after receiving information triggering a duty to supplement**;

(f) Termination of discovery: **December 7, 2019**;

(g) Motions relating to discovery: **January 7, 2020**;

(h) All other motions, including dispositive and *Daubert* motions: **January 14, 2020**;

(i) Pretrial order:     Plaintiff to Defendants by: **February 4, 2020**;

   Defendant to Court by: **February 11, 2020**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition beyond the limitations herein made during the deposition in question. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the 21-day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE