IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

       Plaintiff,

v.                                               No. 2:19-CV-00445 MV/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, TRAVIS LOOMIS,
DOUGLAS FORD

       Defendants.

## ORDER EXTENDING DEADLINES

THIS MATTER having come before the Court upon a Joint Unopposed Motion to Extend Deadlines and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted extending the deadlines by one hundred twenty (120) days. The deadlines are hereby extended as follows:

| | | |
|---|---|---|
| **Plaintiff's Expert Deadline:** | | **January 3, 2020** |
| **Defendant's Expert Deadline:** | | **February 4, 2020** |
| **Discovery Deadline:** | | **April 6, 2020** |
| **Motions Related to Discovery:** | | **May 6, 2020** |
| **Pretrial Motions:** | | **May 13, 2020** |
| **Pretrial Order:** | **Plaintiff to Defendant:** | **June 3, 2020** |
| | **Defendant to Court:** | **June 10, 2020** |

                                                           _____
                                                           THE HONORABLE KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE