IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO, as Next Friend
to DAN LUCERO

              Plaintiff,

v.	No. 2:19-cv-00445-KWR-KRS

CITY OF CLOVIS POLICE DEPARTMENT et al.,

              Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on May 18, 2020. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories by each party to any other party with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission by each party to any other party with responses due thirty (30) days after service.

(c) Maximum of fifteen (15) depositions by Plaintiff and fifteen (15) by Defendants. The parties may seek leave of the Court should a greater number be required. Each deposition, other than of expert witnesses and parties, shall not exceed four (4) hours unless extended by agreement.

**IT IS FURTHER ORDERED** that the following case management deadlines

shall govern:

    (a) Deadline for Plaintiff to join parties and/or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **June 1, 2020**;

    (b) Deadline for Defendants to join parties and/or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **July 1, 2020**;

    (c) Plaintiff's expert-disclosure deadline: **August 3, 2020**;

    (d) Defendants' expert-disclosure deadline: **September 1, 2020**;

    (e) Deadline for supplementing discovery/disclosures: **thirty (30) days after receipt of such information**;

    (f) Termination of discovery: **November 2, 2020**;

    (g) Motions relating to discovery: **November 16, 2020**;

    (h) All other motions: **December 1, 2021**;

    (i) Pretrial order:    Plaintiff to Defendant by: **January 5, 2021**;

                              Defendant to Court by: **January 12, 2021**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-

one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE