IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

      Plaintiff,

v.                                    No. 2:19-CV-00445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, and DOUGLAS FORD

      Defendants.

**ORDER EXTENDING CASE MANAGEMENT DEADLINES**

THIS MATTER having come before the Court upon an Unopposed Motion to Extend Case Management Deadlines and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted extending the case management deadlines by thirty (30) days. The case management deadlines are hereby extended as follows:

| | |
|---|---|
| **Plaintiff's Expert Deadline:** | **September 30, 2020** |
| **Defendant's Expert Deadline:** | **October 30, 2020** |
| **Discovery Deadline:** | **December 2, 2020** |
| **Motions related to Discovery:** | **December 16, 2020** |
| **All Other Motions:** | **December 21, 2020** |

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

Approved by:

COYTE LAW, P.C.

 */s/ Alyssa D. Quijano*
Alyssa D. Quijano
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, N.M.  87109
 (505) 244-3030
aquijano@coytelaw.com
*Attorneys For Plaintiff*


Law Offices of Mark A. Basham, LLC

*Approved via Email on 6/22/20*
Mark A. Basham
Law Offices of Mark A. Basham, LLC
2205 Miguel Chavez Road, Suite A
Santa Fe, NM  87505
 (505) 988-4575
mbasham@lawoffices-markbasham.com
*Attorney for Defendants*