IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

       Plaintiff,

v.                                       No. 2:19-CV-00445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR,
and DOUGLAS FORD

       Defendants.

**ORDER EXTENDING CASE MANAGEMENT DEADLINES**

THIS MATTER having come before the Court upon an Unopposed Motion to Extend Case Management Deadlines and the Court having been advised;

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that the Motion be granted extending the case management deadlines by fourteen (14) days. The case management deadlines are hereby extended as follows:

| | |
|---|---|
| **Plaintiff's Expert Deadline:** | **October 14, 2020** |
| **Defendant's Expert Deadline:** | **November 13, 2020** |
| **Discovery Deadline:** | **December 16, 2020** |
| **Motions related to Discovery:** | **December 30, 2020** |
| **All Other Motions:** | **January 4, 2021** |

1

**Pretrial Order:**

    **Plaintiff to Defendant by:**   February 4, 2021

    **Defendant to Court by:**     February 11, 2021

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved by:

COYTE LAW, P.C.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, N.M.  87109
 (505) 244-3030
aquijano@coytelaw.com
*Attorneys For Plaintiff*


Law Offices of Mark A. Basham, LLC

*Approved telephonically on 09/21/20*
Mark A. Basham
Law Offices of Mark A. Basham, LLC
2205 Miguel Chavez Road, Suite A
Santa Fe, NM  87505
 (505) 988-4575
mbasham@lawoffices-markbasham.com
*Attorney for Defendants*