# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO, as Next Friend
to DAN LUCERO

          Plaintiff,

v.                    No.  2:19-cv-445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT et al.,

          Defendants.

## ORDER AWARDING ATTORNEY'S FEES AND COSTS

**THIS MATTER** comes before the Court on Plaintiff's Itemization of Fees Related to Motions to Compel Against Defendants, (Doc. 79).  On July 8, 2020, the Court awarded Plaintiff attorney's fees and costs incurred in connection with preparing and litigating the two Second Motions to Compel, (Docs. 52 and 53).  (Doc. 78).  Counsel for Plaintiff filed an Itemization and Affidavit stating they incurred $2,187.50 in attorney's fees, plus $172.27 in gross receipt taxes, for a total of $2,359.77 associated with preparing and litigating Docs. 52 and 53.  (Doc. 79).  Defendants did not respond to the Itemization.

**IT IS THEREFORE ORDERED** that Plaintiff is awarded $2,359.77 in attorney's fees and costs.

**IT IS FURTHER ORDERED** that Defendants shall pay such fees within fourteen (14) days of entry of this Order.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE