IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO, as Next Friend
to DAN LUCERO,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　No. 2:19-cv-00445-KWR-KRS

CITY OF CLOVIS POLICE DEPARTMENT et al.,

        Defendants.

## ORDER OF REFERENCE REGARDING MOTION FOR SANCTIONS, DOC. 80

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and Fed. R. Civ. P. 72(b), the opposed Motion for Sanctions, (Doc. 80), is referred to United States Magistrate Judge Kevin R. Sweazea to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the motion.  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).  **Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.**

        IT IS SO ORDERED.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE