IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

      Plaintiff,

v.                                                                  No. 2:19-CV-00445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, and DOUGLAS FORD

      Defendants.

## ORDER VACATING CASE MANAGEMENT DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Vacate Case Management Deadlines (Doc. 107) due to the default judgment entered against Defendants.

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is granted and the dispositive motions deadline and pretrial order submission deadlines set in the Court's Order Extending Case Management Deadlines (Doc. 87) are vacated.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved by:

COYTE LAW, P.C.

  /s/ Alyssa D. Quijano
Alyssa D. Quijano
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, N.M.  87109
 (505) 244-3030
aquijano@coytelaw.com
*Attorneys For Plaintiff*


Lewis & Brisbois

*Approved as to form via email on December 28, 2020*
Gregory L. Biehler
Erin Chavez
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
(505) 828-3600
Greg.Biehler@lewisbrisbois.com
*Attorney for Defendants*