IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

      Plaintiff,

v.                                      No. 2:19-CV-00445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, and DOUGLAS FORD

      Defendants.

## **ORDER EXTENDING DEADLINE FOR DISCOVERY-RELATED MOTIONS**

THIS MATTER having come before the Court upon Defendants' Unopposed Motion to Extend Deadlines for Discovery-Related Motions and the Court having been advised:

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that Defendants' Motion be granted and deadlines for motions related to discovery is extended through January 22, 2021.

IT IS FURTHER ORDERED that the deadline for Defendants to provide discovery responses to Plaintiff's supplemental discovery requests is extended through January 18, 2021.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Gregory L. Biehler*
Gregory L. Biehler
Erin L. Chavez
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
(505) 828-3600
Greg.Biehler@lewisbrisbois.com
Erin.Chavez@lewisbrisbois.com

*Attorneys for Defendants*


Approved by:

COYTE LAW, P.C.

*Approved Electronically on 12/29/20*
Alyssa D. Quijano
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, N.M.  87109
 (505) 244-3030
aquijano@coytelaw.com

*Attorneys For Plaintiff*