IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

   Plaintiff,

v.                  No. 2:19-CV-00445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, and DOUGLAS FORD

   Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER having come before the Court upon Defendants' Unopposed Motion to Withdraw as Counsel and the Court having been advised:

THE COURT FINDS that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that that Defendants' Motion be granted and the Law Offices of Mark A. Basham, P.C. is permitted to withdraw as counsel for Defendants City of Clovis Police Department, Brent Aguilar and Clovis Police Chief Douglas Ford.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Gregory L. Biehler*
Gregory L. Biehler
Erin L. Chavez
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
(505) 828-3600
Greg.Biehler@lewisbrisbois.com
Erin.Chavez@lewisbrisbois.com

*Attorneys for Defendants*

Approved by:

COYTE LAW, P.C.

*Approved Electronically on 1/11/21*
Alyssa D. Quijano
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, N.M. 87109
(505) 244-3030
aquijano@coytelaw.com

*Attorneys For Plaintiff*