# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO as Next Friend
to DAN LUCERO

       Plaintiff,

v.                                             No. 2:19-CV-00445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT,
BRENT AGUILAR, and DOUGLAS FORD

       Defendants.

## JOINT PROPOSED ORDER GRANTING JOINT MOTION TO PERMIT SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the Parties' Joint Motion to Permit Settlement Conference, filed on June 28, 2021 [Doc. 138]. The Court, having considered the Joint Motion and being otherwise fully advised in the premises, FINDS the Joint Motion to Permit Settlement Conference well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Honorable Kirtan Khalsa may preside over a Settlement Conference in this matter.

                                                  THE HONORABLE KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Erin L. Chavez*
Gregory L. Biehler
Erin L. Chavez
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
(505) 828-3600
Greg.Biehler@lewisbrisbois.com
Erin.Chavez@lewisbrisbois.com

*Attorneys for Defendants*

and

COYTE LAW P.C.

/s/ Alyssa D. Quijano
Alyssa D. Quijano
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
aquijano@coytelaw.com
mcoyte@me.com

*Attorneys for Plaintiff*