IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO, as Next Friend
to DAN LUCERO

        Plaintiff,

v.        No. 2:19-cv-00445-KWR-KRS

CITY OF CLOVIS POLICE DEPARTMENT et al.,

        Defendants.

**ORDER REFERRING JOINT
MOTION TO APPROVE SETTLEMENT**

**PURSUANT** to the provisions of 28 U.S.C. Sections 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, **MAGISTRATE JUDGE KEVIN R. SWEAZEA** is hereby designated to hear and determine the Joint Motion to Approve Settlement [Doc. 155] filed on **October 7, 2021.**

        **IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**