IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE LUCERO, as Next Friend
to DAN LUCERO

                Plaintiff,

v.                                       No.  2:19-cv-445 KWR/KRS

CITY OF CLOVIS POLICE DEPARTMENT et al.,

                Defendants.

**ORDER SETTING HEARING ON MOTION TO APPROVE SETTLEMENT**

**THIS MATTER** comes before the Court on the parties' Joint Motion to Approve Settlement, (Doc. 155), filed October 7, 2021.  United States District Judge Kea Riggs designated the undersigned to hear and determine the motion pursuant to 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure.  (Doc. 156).  The parties state they have reached a settlement which includes the creation of an irrevocable trust for the sole benefit of Dan Lucero.  (Doc. 155) at 1.  Counsel for Defendants contacted the Court and requested a hearing on the Motion so the terms of the agreement can be put on the record.  Accordingly, the Court will set a hearing to approve the settlement.

**IT IS THEREFORE ORDERED** that Plaintiffs Christine Lucero and Dan Lucero, trust attorney Susan Tomita, and counsel for all parties, appear for a telephonic hearing on **October 19, 2021 at 10:30 a.m.**  The parties shall call (888) 398-2342 and enter code 8193818 to join the proceedings.

**IT IS FURTHER ORDERED** that **by October 12, 2021** counsel shall submit to sweazeaproposedtext@nmd.uscourts.gov:

    1. A copy of the settlement agreement and terms of the trust; and

2. A proposed order on the Joint Motion to Approve Settlement setting forth the findings the parties would like the Court to make on the record.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE